UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SALINAS VALLEY STATE PRISON, et al.,<br><br>Defendants. | Case No. 22-cv-05831 BLF (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO PAY FULL FILING FEE**<br><br>(Docket No. 11) |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On March 22, 2023, the Court denied Plaintiff's motion leave to proceed *in forma pauperis* because he had not shown an adequate level of poverty. Dkt. No. 9. Plaintiff was directed to pay the $402.00 filing fee within twenty-eight (28) days from the date the order was filed, *i.e.*, no later than April 18, 2023. *Id.*

On April 10, 2023, Plaintiff filed a request for an extension of time to pay the filing fee due to a recent prison transfer which delayed his receipt of the court order. Dkt. No. 11. Good cause appearing, the motion is **GRANTED**. The time to pay the full filing fee is extended to **May 16, 2023**.

///

**Failure to pay the filing fee in that time may result in the dismissal of this action without further notice to Plaintiff.**

This order terminates Docket No. 11.

**IT IS SO ORDERED.**

Dated:  __April 13, 2023_____

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to Pay Filing Fee
PRO-SE\BLF\CR.22\005831Washington_eot-fee

2