IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACYE BENARD WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**SVSP, et al.,**<br><br>Defendants. | Case No. 5:22-cv-5831-BLF<br><br>**ORDER GRANTING MOTION TO CHANGE THE DISPOSITIVE MOTION DEADLINE** |

Defendants moved this Court to change the time to file a summary-judgment or other dispositive motion through October 31, 2023. After full consideration, and good cause appearing, Defendants' motion is GRANTED.

The deadline for Defendants to file a dispositive motion is changed from August 2, 2023 to October 31, 2023.

Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than twenty-eight (28) days from the date Defendants' motion is filed.

Defendants shall file a reply brief no later than fourteen (14) days after Plaintiff's opposition is filed.

///

///

1

The motion will be deemed submitted on the date the reply brief is due.

**IT IS SO ORDERED.**

Dated:  August 2, 2023

_[signature]_
The Honorable Beth Labson Freeman
United States District Court

2

Order Granting Defs.' Motion for EOT to File Disp. Mtn. (5:22-cv-5831-BLF)