United States District Court
Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   TRACYE BENARD WASHINGTON,              Case No. 22-cv-05831 BLF (PR)

              Plaintiff,                     **ORDER GRANTING MOTION FOR**
12                                           **EXTENSION OF TIME TO FILE**
         v.                                  **EXHIBITS IN SUPPORT OF**
13                                           **OPPOSITION**
     SALINAS VALLEY STATE PRISON,
14   et al.,

15            Defendants.

16                                          (Docket No. 27)

17

18       Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42

19   U.S.C. § 1983.  On May 3, 2023, the Court found the complaint stated cognizable claims

20   and ordered the matter served on Defendants.  Dkt. No. 14.  On October 31, 2023,

21   Defendants filed a motion for summary judgment based on Plaintiff's failure to exhaust

22   administrative remedies.  Dkt. No. 24.  Plaintiff filed an opposition brief on November 16,

23   2023.  Dkt. No. 26.  At the same time, Plaintiff moves for additional time to file exhibits in

24   support of his opposition.  Dkt. No. 27.

25       Good cause shown, Plaintiff's motion is **GRANTED**.  Plaintiff's exhibits in support

26   of his opposition to Defendants' summary judgment motion shall be filed **no later than**

27   **December 14, 2023**, as requested.  Defendants' reply shall be filed **no later than fourteen**

28

**(14) days** from the date Plaintiff's exhibits are filed.

This order terminates Docket No. 27.

**IT IS SO ORDERED.**

**Dated:  __November 17, 2023_____**

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. For EOT to file Ex. to Opp.
PRO-SE\BLF\CR.22\05831Washington_eot-opp(ex)