UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br>    Plaintiff,<br>    v.<br>SALINAS VALLEY STATE PRISON, et al.,<br>    Defendants. | Case No. 22-cv-05831 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE EXHIBITS IN SUPPORT OF OPPOSITION; DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST FOR DOCUMENTS**<br><br>(Docket No. 29) |

      Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On May 3, 2023, the Court found the complaint stated cognizable claims and ordered the matter served on Defendants. Dkt. No. 14. On October 31, 2023, Defendants filed a motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies. Dkt. No. 24. Plaintiff filed an opposition brief on November 16, 2023. Dkt. No. 26. At the same time, Plaintiff moved for additional time to file exhibits in support of his opposition, which the Court granted. Dkt. Nos. 27, 28. Plaintiff moves for additional time to file the exhibits and for Defendants be ordered to produce the specific documents which were accessible to them and relevant to the issue of exhaustion. Dkt. No. 29.

Good cause shown, Plaintiff's motion for additional time is **GRANTED**. Plaintiff's exhibits in support of his opposition to Defendants' summary judgment motion shall be filed **no later than January 15, 2024**. Defendants' reply shall be filed **no later than fourteen (14) days** from the date Plaintiff's exhibits are filed.

Defendants shall also file opposition to Plaintiff's request for production of documents or file notice of compliance **no later than fourteen (14) days** from the date this order is filed, and provide a copy of the requested documents to Plaintiff in the same time provided.

This order terminates Docket No. 27.

**IT IS SO ORDERED.**

Dated: __December 21, 2023___

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. For 2nd EOT to file Ex. to Opp.
PRO-SE\BLF\CR.22\05831Washington_eot-opp(ex)2