UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br>Plaintiff,<br>v.<br>SALINAS VALLEY STATE PRISON, et al.,<br>Defendants. | Case No. 22-cv-05831 BLF (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE NAME OF JOHN DOE NO. 3 (LT.); DISMISSING CLAIMS AGAINST REMAINING DOE DEFENDANTS** |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. The Court dismissed several claims for failure to state a claim for relief and served the cognizable claims on Defendants Guijarro and Serrato. Dkt. No. 14 at 3. In the same order, Plaintiff was directed to attempt to ascertain the name of John Does Nos. 1, 2, 4, 5, 7, and 8, and Sgt. John Doe, and to file a motion to substitute the complaint with these Defendants' proper names no later than fifty-six (56) days from the date the order was filed. *Id.* at 5. That order was filed on May 3, 2023, such that Plaintiff had until June 28, 2023, to file a motion to substitute. *Id.*

The deadline has long since passed, and Plaintiff has failed to file any such motion indicating that he has ascertained the identities of these Doe Defendants. Accordingly, the claims against these John Doe Defendants are **DISMISSED** for failure to state a claim for

relief.

On the other hand, Plaintiff may still be able to identify John Doe No. 3 (Lt.), against whom Plaintiff has stated a cognizable claim for excessive force for pulling Plaintiff's hair while attempting to get him back onto his wheelchair. Dkt. No. 1 at 12-13. In the interest of justice, Plaintiff shall be granted one final opportunity to file a motion to substitute the complaint with this Defendant's proper name **no later than twenty-eight (28) days** from the date this order is filed.

Failure to respond to this order in the time provided will result in the dismissal of the claim against John Doe No. 3 (Lt.) for failure to state a claim for relief.

**IT IS SO ORDERED.**

Dated:  ___May 21, 2024_____                    _____
                                                                                    BETH LABSON FREEMAN
                                                                                    United States District Judge

Order Directing Pl. to provide Name of Doe Def; Dism. Claims Against Other Doe Defs.
PRO-SE\BLF\CR.22\05831Washington_dism(Does)

2