UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br>Plaintiff,<br>v.<br>SALINAS VALLEY STATE PRISON, et al.,<br>Defendants. | Case No. 22-cv-05831 BLF (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO PROVIDE NAME OF JOHN DOE NO. 3 (LT.)**<br><br>(Docket No. 36) |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  On May 21, 2024, the Court dismissed all John Doe defendants except for John Doe No. 3 (Lt.), and directed Plaintiff to provide this Defendant's proper name within twenty-eight days of the order, *i.e.*, by June 18, 2024.  Dkt. No. 34.

Plaintiff requests additional time to do so, explaining his good faith efforts thus far.  Dkt. No. 36.  Good cause appearing, the motion is **GRANTED**.  Plaintiff shall provide the proper name for John Doe No. 3 (Lt.) **no later than July 18, 2024**.

Failure to respond in the time provided will result in the dismissal of the claim against John Doe No. 3 (Lt.) for failure to state a claim for relief.

This order terminates Docket No. 36.

**IT IS SO ORDERED.**

Dated: __June 11, 2024_____

*[signature]*

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to name Doe Def
PRO-SE\BLF\CR.22\05831Washington_eot-Doe