UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SALINAS VALLEY STATE PRISON, et al.,<br><br>    Defendants. | Case No. 22-cv-05831 BLF (PR)<br><br>**ORDER REFERRING CASE TO SETTLEMENT PROCEEDINGS; STAYING CASE; INSTRUCTIONS TO CLERK** |

    Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officials at Salinas Valley State Prison. Dkt. No. 1. The only remaining claim in this action is for excessive force against Defendants Officer Guijarro and Lt. J. Ruiz, based on an incident that occurred on December 24, 2021. Dkt. No. 35.

    The Court has established a Pro Se Prisoner Settlement Program under which certain prisoner civil rights cases may be referred to a neutral Magistrate Judge for settlement. The Court finds the instant matter suitable for settlement proceedings. Accordingly, the instant action will be referred to the Pro Se Settlement Program for mediation.

///

# CONCLUSION

1. The instant case is **REFERRED** to Judge Robert M. Illman pursuant to the Pro Se Prisoner Settlement Program for settlement proceedings on the claims in this action. See Dkt. No. 4. Judge Illman shall coordinate a time and date for a settlement conference with all interested parties or their representatives and, within ten (10) days after the conclusion of settlement proceedings, file with the court a report regarding the prisoner settlement proceedings.

2. Other than the settlement proceedings ordered herein, and any matters Magistrate Judge Illman deems necessary to conduct such proceedings, this action is hereby **STAYED** until further order by the court following the resolution of the settlement proceedings. All briefing deadlines are hereby terminated until further court order.

3. The Clerk shall mail a copy of this order to Magistrate Judge Illman in Eureka, California.

**IT IS SO ORDERED.**

Dated:  __September 24, 2024___

BETH LABSON FREEMAN
United States District Judge

Order Referring to Settlement
PRO-SE\BLF\CR.22\05831Washington_refer(Illman)