UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TRACYE BENARD WASHINGTON, | Case No. 22-cv-05831 BLF (PR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| SALINAS VALLEY STATE PRISON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officials at Salinas Valley State Prison. Dkt. No. 1. The only remaining claim in this action was for excessive force against Defendants E. Guijarro and. J. Ruiz. Dkt. No. 35. This matter was referred to settlement proceedings. Dkt. No. 46. On December 27, 2024, the parties filed stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 55.

Pursuant to the joint stipulation, this action shall be dismissed with prejudice as to all Defendants. Each party is to bear its own costs and attorney's fees.

The Clerk shall terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: __January 7, 2025_____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.22\05831Washington_dism(stip)