UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SALINAS VALLEY STATE PRISON, et al.,<br><br>Defendants. | Case No. 22-cv-05831 BLF (PR)<br><br>**ORDER GRANTING REQUEST FOR INQUIRY INTO STATUS OF SETTLEMENT FUNDS; DIRECTING DEFENDANTS' COUNSEL TO FILE STATUS NOTICE**<br><br>(Docket No. 57) |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officials at Salinas Valley State Prison, in part for an excessive force claim. Dkt. No. 1. On January 7, 2025, after the parties filed stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court dismissed this matter. Dkt. Nos. 55, 56.

Plaintiff has filed a request for the Court to make an inquiry into the status of the settlement funds as six months has passed without a deposit into his account. Dkt. No. 57. The request is **GRANTED**.

**Within fourteen (14) days** from the date this order is filed, Defendants' counsel at the Office of State Attorney General is directed to file notice regarding the status of the settlement and expected date of payment or otherwise explain why the settlement has not

yet been honored.

This order terminates Docket No. 57.

**IT IS SO ORDERED.**

Dated: __July 24, 2025_____                    _____
                                                                          BETH LABSON FREEMAN
                                                                          United States District Judge

Order Granting Request
PRO-SE\BLF\CR.22\05831Washington_re-settlement